UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | | |
|---|---|---|
| In re: | ) | Case No. 6:22-bk-2268-TPG |
| | ) | |
| SHW17, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**AMENDED CERTIFICATE OF SERVICE OF SOLICITATION PACKAGE**

I HEREBY CERTIFY that true and correct copies of the Schedules A - H, Summary of Assets & Liabilities, Statement of Financial Affairs, and List of Equity Security Holders (Doc. No. 29) and Notice of Commencement of Case (Doc. No. 4) was served CM/ECF or U.S. First Class Mail, postage prepaid to all Parties-in-Interest listed on the attached Mailing Matrix.

                                                   ___*/s/ Aldo G. Bartolone, Jr.*___
                                                   ALDO G. BARTOLONE, JR.
                                                   Florida Bar No. 173134
                                                   BARTOLONE LAW, PLLC
                                                   1030 N. Orange Avenue, Suite 300
                                                   Orlando, Florida 32801
                                                   Telephone: (407) 294-4440
                                                   Facsimile: (407) 287-5544
                                                   E-mail: aldo@bartolonelaw.com
                                                   *Attorneys for Debtor*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:22-bk-02268-TPG<br>Middle District of Florida<br>Orlando<br>Wed Jul 20 17:16:54 EDT 2022 | Orange County Tax Collector<br>200 S. Orange Avenue, Suite 1600<br>Orlando, FL 32801-3410 | Razbuton, Inc.<br>c/o Michael A. Paasch, Esq.<br>Mateer & Harbert, P.A.<br>P O Box 2854<br>Orlando, FL 32802-2854 |
| SHW17, Inc.<br>801 S. Miami Avenue<br>Unit 1401<br>Miami, FL 33130-4525 | Certmax LLC<br>8437 Tuttle Ave #407<br>Sarasota, FL 34243-2868 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| Industrial Lumber Sales Inc.<br>314 8th Street, NE<br>Moultrie, GA 31768-4013 | Industrial Lumber Sales Inc.<br>P.O. Box 1870<br>Moultrie, GA 31776-1870 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Orange County Utilities<br>9150 Curry Ford Rd.<br>Orlando, FL 32825-7600 | Pine Valley FL 2022 LLC<br>PO box 2483<br>Hicksville, NY 11802-2483 |
| Pine Valley One Real Estate, LLC<br>100 N LaSalle St, Suite 710<br>100 N LaSalle St, Suite 710<br>Chicago, IL 60602-5045 | Razbuton, Inc.<br>P.O. Box 783006<br>Winter Garden, FL 34778-3006 | TLOA of Florida LLC<br>P.O. Box 54077<br>New Orleans, LA 70154-4077 |
| United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Aldo G Bartolone Jr<br>Bartolone Law, PLLC<br>1030 North Orange Avenue, Suite 300<br>Orlando, FL 32801-1004 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Certmax LLC<br>8437 Tuttle Ave.<br>#407<br>Sarasota, FL 34243-2868 | (d)Orange County Tax Collector<br>P.O. Box 545100<br>Orlando, FL 32854-5100 | (d)TLOA of Florida LLC<br>PO Box 54077<br>New Orleans, LA 70154-4077 |

End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19