UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

SHW17, Inc.,                                             Case No.: 6:22-bk-02268-TPG
                                                             Chapter 11

      Debtor.
_____/

**CERTIFICATE OF NECESSITY OF REQUEST FOR
EXPEDITED HEARING ON UNITED STATES TRUSTEE'S
EMERGENCY MOTION TO DISMISS OR CONVERT CASE**

    **I HEREBY CERTIFY**, as a member of the Bar of the Court, that I have carefully examined the matter under consideration and to the best of my knowledge, information and belief formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification, or reversal of existing law can be made, that the matter under consideration is not interposed for any improper purpose, such as to harass, to cause delay, or to increase the cost of litigation, and there is just cause to request a consideration of the following pleading on an expedited basis:

    *United States Trustee's Emergency Motion to Dismiss or Convert Case to Chapter 7*

    **I CERTIFY FURTHER** that there is a true necessity for an expedited hearing, specifically, because as set forth in the United States Trustee's Emergency Motion to Dismiss or Convert Case to Chapter 7, the Debtor's failure to obtain and/or maintain insurance coverage for its property poses a risk to the estate and the public.

    **I CERTIFY FURTHER** that the necessity of this expedited hearing has not been caused by any lack of diligence on my part but has been brought about only by circumstances beyond my control or that of my client. I further certify that this Motion is filed with full understanding of F.R.B.P. 9011 and the consequences of noncompliance with same.

    DATED: August 4, 2022.

                                                      Respectfully Submitted,

                                                      Mary Ida Townson
                                                      United States Trustee Region 21

                                                      By: */s/ Audrey M. Aleskovsky*
                                                      Audrey M. Aleskovsky, Trial Attorney
                                                      Florida Bar No.: 0103236
                                                      United States Department of Justice

                Office of the United States Trustee
                George C. Young Federal Building
                400 W. Washington St., Suite 1100
                Orlando, FL 32801
                Telephone No.: (407) 648-6301, Ext. 130
                Facsimile No.: (407) 648-6323
                Email: audrey.m.aleskovsky@usdoj.gov